IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES SWIFT,<br><br>               Plaintiff,<br><br>vs.<br><br>RICHARD KYLER,<br><br>               Defendant. | **8:14CV243**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant Kyler's motion to extend, (Filing No.18), is granted, and the defendant's answer, a copy of which is attached to his motion shall be filed on or before March 13, 2015.

2) The plaintiff's motion to compel defendant's responses to discovery, (Filing No. 19), is denied. The parties' planning conference has not occurred, and the court has not yet authorized commencement of discovery.

March 9, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge