IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES SWIFT,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD KYLER,<br><br>    Defendant. | 8:14-CV-243<br><br>ORDER |

  This matter is before the Court on the plaintiff's filing of May 4, 2015 (filing 45), which the Court has construed as a motion for the undersigned judge's recusal. Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned. 28 U.S.C. § 455(a).

  The plaintiff has accused the undersigned of prejudice. But when a party seeks to establish bias or prejudice from court conduct, the party must show that the judge had a disposition so extreme as to display clear inability to render fair judgment. *United States v. Melton*, 738 F.3d 903, 905 (8th Cir. 2013).

  The plaintiff has not carried his burden here. *See id.* Accordingly, his motion for recusal is denied.

  IT IS SO ORDERED.

  Dated this 5th day of May, 2015.

                BY THE COURT:

                _____
                John M. Gerrard
                United States District Judge