IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES SWIFT, | |
| Plaintiff, | 8:14-CV-243 |
| vs. | |
| | ORDER |
| RICHARD KYLER, | |
| Defendant. | |

The plaintiff, Charles Swift, has filed another premature motion for summary judgment (filing 48). This is his third. When the Court disposed of his second, Swift was expressly "ordered not to file another motion for summary judgment until *after* the defendant files an answer *and* the Magistrate Judge enters a case progression order." Filing 33 at 2 (emphasis in original. Neither of those events has taken place.

Therefore, the Clerk of the Court is directed to STRIKE filing 48.

IT IS SO ORDERED.

Dated this 21st day of August, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge