IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES SWIFT, | |
| Plaintiff, | 8:14CV243 |
| vs. | |
| KYLER, | ORDER |
| Defendant. | |

As explained in the court's prior order, (Filing No. ), "[t]he Court's progression order, which will be entered after Kyler's answer is filed, will address how and when discovery will be allowed." (Filing No. 33, at CM/ECF p. 3). "Swift is ordered not to move for discovery before that time." Id.

The court has not entered a progression order, and there is nothing of record indicating discovery was properly served on the defendant.

Accordingly,

IT IS ORDERED that Plaintiff's motion to compel, (Filing No. 56), is denied.

September 12, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge