IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES SWIFT,

        Plaintiff,

vs.

RICHARD KYLER,

        Defendant.

8:14-CV-243

ORDER

       This matter is before the Court on the defendant's Motion for Extension of Time to Respond to the Plaintiff's Motion for Summary Judgment (filing 65). That motion will be granted.

       IT IS ORDERED:

1. The defendant may respond to the plaintiff's motion for summary judgment (filing 61) on or before October 16, 2015.

2. The plaintiff may reply in support of his motion on or before October 26, 2015.

Dated this 6th day of October, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge